# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**RALPH TAFEL, III**
        Plaintiff
  vs.                            **CASE NUMBER: 1:11-cv-648 (NAM/DRH)**

**GOLUB CORPORATION; HARTFORD LIFE INSURANCE CO.; LISA GAINEY; MICHELLE BURDETT and RACHAEL WALTS**
        Defendant(s)

**Decision by Court.**  This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That defendants' Motion to dismiss the complaint for failure to state a claim upon which relief can be granted is GRANTED.  Plaintiff's complaint is therefore DISMISSED in its entirety.  Judgment is entered in favor of the defendants and this action is closed.

All of the above pursuant to the order of the Honorable Judge Norman A. Mordue, dated the 31st day of January, 2012.

DATED: January 31, 2012

*Lawrence K. Baerman*
Clerk of Court

s/
_____
Joanne Bleskoski
Deputy Clerk